# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COBOS, | 1:07-CV-00072 AWI DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR COPY OF TRANSCRIPTS |
| v. | [Doc. 10] |
| MENDOZA-POWERS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's motion for a copy of the trial and reporter's transcripts.

The clerk does not ordinarily provide free copies of documents to parties. The clerk charges $.50 per page for copies of documents, plus $9.00 per document for certification. See 28 U.S.C. § 1914(a). Copies up to 20 pages may be made by the clerk's office at this court upon request and prepayment of the copy fees.

Under 28 U.S.C. § 2250, the clerk is not required to furnish copies without cost to an indigent petitioner except ***by order of the judge***. In this action, the judge has not issued an order directing the clerk to provide copies to Petitioner. Therefore, Petitioner is not entitled to free

1  copies at this time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for a free
2  copy of the transcripts is DENIED.

4      IT IS SO ORDERED.
5      Dated:   **August 31, 2007**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE