UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COBOS, | 1:07-CV-00072 AWI DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF RESPONDENT (CERTIFICATE OF APPEALABILITY UNNECESSARY) |
| v. | |
| MENDOZA-POWERS, Warden, | |
| Respondent. | |
| | [Doc. 15] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that he has been unconstitutionally denied a parole date.

On March 17, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On April 7, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for

1

questioning the Magistrate Judge's analysis.  As outlined by the Findings and Recommendation, there is "some evidence" that Petitioner poses an unacceptable risk to the public.  See Irons v. Carey, 505 F.3d 846, 853-54 (9th Cir. 2007); Sass v. California Bd. of Prison Terms, 461 F.3d 1123, 1128-29 (9th Cir. 2006); Biggs v. Terhune, 334 F.3d 910, 915-17 (9th Cir. 2003).  Relief is not warranted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 17, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED;
3. The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent; and,
4. A certificate of appealability is unnecessary (see Rosas v. Nielsen, 428 F.3d 1229 (9th Cir. 2005); White v. Lambert, 370 F.3d 1002 (9th Cir. 2004).

IT IS SO ORDERED.

**Dated:    May 1, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE